IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C. Jackson Hoover, *et. al*,<br><br>Plaintiffs,<br><br>v.<br><br>Strategic Capital Partners, LLC, *et. al*.,<br><br>Defendants. | CIVIL ACTION FILE<br>1:21-CV-01299 |

**DEFENDANTS JON R. LANGFORD, CPA, PC AND JON R. LANGFORD'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendants Jon R. Langford, CPA, PC and Jon R. Langford ("Langford Defendants") respectfully move this Court for dismissal with prejudice of all claims against them in Plaintiffs' First Amended Complaint (Doc. 109) under Federal Rules of Civil Procedure 9(b), 12(b)(1) and 12(b)(6), for the reasons set forth in Defendants' Memorandum of Law in Support of Defendants' Joint Motion to Dismiss First Amended Complaint (Doc. 168) and for the additional reasons set forth in the accompanying Brief in Support of the Langford Defendants' Motion to Dismiss.

1

This 1st day of November, 2021.

                              **COPELAND, STAIR, KINGMA & LOVELL, LLP**

                              *s/ Shannon M. Sprinkle*
SHANNON M. SPRINKLE
Georgia Bar No.: 495095
ssprinkle@cskl.law
Daniel B. Millman
Georgia Bar No.: 603728
dmillman@cskl.law

191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30303-1740
Telephone:  (404) 522-8220
Facsimile:   (404) 523-2345

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing pleading has been prepared with one of the font and point selections approved by the Court in LR 5.1(b), Times New Roman 14 point.

This 1st day of November, 2021.

*s/ Shannon M. Sprinkle*
SHANNON M. SPRINKLE
Georgia Bar No. 495095

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed a copy of the foregoing document through the Court's electronic filing system which will deliver a copy to counsel of record. This 1st day of November, 2021.

*s/ Shannon M. Sprinkle*
SHANNON M. SPRINKLE
Georgia Bar No. 495095
