# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| C. JACKSON HOOVER, *et al.* on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) ) | No. 1:21-cv-01299-SEG |
| STRATEGIC CAPITAL PARTNERS, LLC, *et al.*, | ) ) ) ) ) | |
| *Defendants*. | ) | |

### PLAINTIFFS' MOTION FOR RECONSIDERATION OF AUGUST 21, 2023 ORDER ON DEFENDANTS' MOTIONS TO DISMISS

Pursuant to Local Rule 7.2(E) and as further set out in the accompanying and contemporaneously filed Plaintiffs' Brief in Support, Plaintiffs respectfully move for reconsideration of those portions of the August 21, 2023 Order (Doc. 383) (the "MTD Order") (i) dismissing all claims (but one) against those Attorney Defendants who wrote the Due Diligence Reports and (ii) dismissing the malpractice, negligent misrepresentation, and breach of fiduciary duty claims against three of the Return Preparer Defendants (as those terms are used in the MTD Order). Plaintiffs respectfully seek reconsideration to prevent manifest errors of law and fact. As set out in the accompanying Brief in Support, this Motion should be granted.

This 18th day of September, 2023.

        Respectfully submitted,

        /s/ *Jeven R. Sloan*
        David R. Deary (admitted *pro hac vice*)
        W. Ralph Canada, Jr. (admitted *pro hac vice*)
        Jeven Sloan (GA Bar No. 652727)
        Tyler M. Simpson (admitted *pro hac vice*)
        John McKenzie (admitted *pro hac vice*)
        Donna Lee (admitted *pro hac vice*)
        **DEARY RAY LLP**
        12377 Merit Drive, Suite 900
        Dallas, Texas 75251
        (214) 572-1700 Telephone
        (214) 572-1717 Facsimile
        davidd@dearyray.com
        ralphc@dearyray.com
        jevens@dearyray.com
        tylers@dearyray.com
        johnm@dearyray.com
        donnal@dearyray.com

        Edward J. Rappaport (GA Bar No. 594841)
        erappaport@saylorlaw.com
        **THE SAYLOR LAW FIRM LLP**
        1201 W. Peachtree Street
        Suite 3220
        Atlanta, GA 30309
        (404) 892-4400 Telephone

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 18, 2023, a true and correct copy of the foregoing document was filed with the Clerk of the Court by using the CM/ECF system.

*/s/ Jeven R. Sloan*
Jeven R. Sloan

## CERTIFICATE OF CONFERENCE

The undersigned conferred with counsel for the Defendants regarding the relief requested herein and was informed that the Defendants oppose this Motion.

*/s/ Jeven R. Sloan*
Jeven R. Sloan

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the foregoing document was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1

*/s/ Jeven R. Sloan*
Jeven R. Sloan
