# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| C. JACKSON HOOVER, *et al.* on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>STRATEGIC CAPITAL PARTNERS, LLC, *et al.*,<br><br>*Defendants*. | No. 1:21-cv-01299-SEG |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Under Federal Rule of Civil Procedure 15(a)(2), and for the reasons set forth in the accompanying and contemporaneously filed Brief in Support of Motion for Leave to File Second Amended Complaint, Plaintiffs respectfully move this Court for leave to file a Second Amended Complaint that addresses this Court's holding that Plaintiffs had not sufficiently alleged facts that would plausibly suggest that Defendants Frazier & Deeter and Cherry Bekaert f/k/a Conexus knew that the representations contained in the Schedule K-1s and associated cover letters were fraudulent. *See* MTD Order at 142-145 and n. 48; *see also* MTD Order at 199, 205-206. Plaintiffs attach to this Motion a redlined and clean version of the proposed Second Amended Complaint for the Court's convenience. As set out in the

accompanying Brief in Support of Motion for Leave to File Second Amended Complaint, the Motion should be granted.

This 18th day of September, 2023.

                                                Respectfully submitted,

                                                /s/ *Jeven R. Sloan*
                                                David R. Deary (admitted *pro hac vice*)
                                                W. Ralph Canada, Jr. (admitted *pro hac vice*)
                                                Jeven Sloan (GA Bar No. 652727)
                                                Tyler M. Simpson (admitted *pro hac vice*)
                                                John McKenzie (admitted *pro hac vice*)
                                                Donna Lee (admitted *pro hac vice*)
                                                **DEARY RAY LLP**
                                                12377 Merit Drive, Suite 900
                                                Dallas, Texas 75251
                                                (214) 572-1700 Telephone
                                                (214) 572-1717 Facsimile
                                                davidd@dearyray.com
                                                ralphc@dearyray.com
                                                jevens@dearyray.com
                                                tylers@dearyray.com
                                                johnm@dearyray.com
                                                donnal@dearyray.com

                                                Edward J. Rappaport (GA Bar No. 594841)
                                                erappaport@saylorlaw.com
                                                **THE SAYLOR LAW FIRM LLP**
                                                1201 W. Peachtree Street
                                                Suite 3220
                                                Atlanta, GA 30309
                                                (404) 892-4400 Telephone

                                                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 18, 2023, a true and correct copy of the foregoing document was filed with the Clerk of the Court by using the CM/ECF system.

                                        */s/ Jeven R. Sloan*
                                        Jeven R. Sloan

## **CERTIFICATE OF CONFERENCE**

The undersigned conferred with counsel for the Defendants regarding the relief requested herein and was informed that the Defendants oppose this Motion.

                                        */s/ Jeven R. Sloan*
                                        Jeven R. Sloan

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that the foregoing document was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1

                                        */s/ Jeven R. Sloan*
                                        Jeven R. Sloan