**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

C. JACKSON HOOVER, *et al.*,

      Plaintiffs,

v.

STRATEGIC CAPITAL PARTNERS, LLC, *et al.*,

      Defendants.

CIVIL ACTION FILE
NO. 1:21-CV-01299-SEG

## ORDER

Having considered the Consent Motion to Extend the Deadline to File Answers to Second Amended Class Action Complaint and to Clarify the List of Defendants Who Remain in the Case, and for good cause shown, the motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Defendants shall serve their respective answers to Plaintiffs' Second Amended Class Action Complaint within 60 days of the Court's ruling upon any motions to dismiss the Second Amended Class Action Complaint.

**IT IS FURTHER ORDERED** that former Defendants Jon R. Langford, CPA, PC; Jon R. Langford; Georgia-Alabama Land Trust, Inc. f/k/a Georgia Land Trust, Inc.; Triangle Land Conservancy; Foothills Land Conservancy, Inc.; McCalip & Company, Inc.; Dantin Financial, LLC; and Chris A. Dantin shall

remain dismissed from this lawsuit and are not required to file a motion to dismiss or an answer to the Second Amended Class Action Complaint.

**SO ORDERED** this 30th day of May, 2025.

_____
Sarah E. Geraghty
United States District Judge