## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

C. JACKSON HOOVER; MATTHEW S.
GREINER; HEATHER GREINER;
EDWARD SPRATT; RONALD HEBERT;
SANDI DOUGET; SAMUEL AGNEW, on
behalf of themselves and all others similarly
situated,

          *Plaintiffs*,

     *v.*

STRATEGIC CAPITAL
PARTNERS, LLC, *et al.*,

          *Defendants*.

C.A. No. 1:21-cv-01299-SEG

## DEFENDANT FRAZIER & DEETER, LLC's MOTION TO DISMISS
## THE SECOND AMENDED COMPLAINT

Under Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying brief (filed herewith pursuant to L.R. 7.1, N.D. Ga.), and those set forth in the opening and reply briefs supporting Defendants' group motion to dismiss the FAC [Dckt. 168 & 268] and the opening and reply briefs supporting F&D's individual motion to dismiss the FAC [Dckt. 186 & 298] which, with one exception,[1] are incorporated herein by reference, defendant Frazier & Deeter, LLC respectfully moves this Court for the dismissal with prejudice of all claims asserted against it in Plaintiffs' Second Amended Complaint [Dckt. 446].

**Dated:**  July 7, 2025

Respectfully submitted,

**CLARK HILL PLC**

*/s/ John deMoulpied*
JOHN C. deMOULPIED
Georgia Bar No. 812259
MATTHEW A. GASS
Georgia Bar No. 360755
3630 Peachtree Road N.E.
Suite 550
Atlanta, GA 30326
(678) 370-4358

---

[1] In its individual motion to dismiss the FAC, F&D argued that Plaintiffs' fiduciary breach claim should be dismissed on the ground that it duplicates the malpractice claim. (Dckt. 186-1 at 13-14.) Since that time, *Titshaw v. Geer*, 907 S.E. 2d 835 (Ga. 2024), overruled the Georgia cases that F&D relied on in making this argument. *Id.* at 844-45. Accordingly, F&D hereby withdraws this argument.

2

jdemoulpied@clarkhill.com
mgass@clarkhill.com

*Counsel for Frazier & Deeter, LLC*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing complies with the font and point selection approved by this Court in Local Rule 5.1(B).  This paper was prepared on a computer using Times New Roman fourteen-point font, double-spaced.

<u>**Dated:**</u>  July 7, 2025                    Respectfully submitted,

**CLARK HILL PLC**

*/s/ John deMoulpied*
JOHN C. deMOULPIED
Georgia Bar No. 812259
3630 Peachtree Road N.E.
Suite 550
Atlanta, GA 30326
(678) 370-4358
jdemoulpied@clarkhill.com

*Counsel for Frazier & Deeter, LLC*